UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **MARLYN PANGATUNGAN,** *et al* | **CIVIL ACTION NO. 5:18-cv-00681** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **CADDO PARISH SCHOOL BOARD** | **MAGISTRATE JUDGE HAYES** |

## ORDER

Considering the Joint Motion for an Additional Forty-Five (45) Day Extension of Time to Consummate the Same and to File a Stipulation of Dismissal:

IT IS HEREBY ORDERED that an extension of time of forty-five (45) days from April 18, 2024, or until June 3, 2024, to consummate the same and to file a Stipulation of Dismissal in reference to the claims of MARLYN PANGATUNGAN, FLORDELIZA ASUNCION, MERLINA AYTONA, KATRINA BAESA, AMALIA BATONGBAKAL, ALONA GAYOSO, JANICE MAGAUAY, MARK MAGAUAY, ROMEO MANGAOANG, AND IREEN RIVERA.

THUS, DONE AND SIGNED in Shreveport, Louisiana, this _____ day of _____, 2024.

_____
JUDGE

ORDER PREPARED BY:
Allison A. Jones
Downer, Jones, Marino & Wilhite
401 Market Str, Ste. 1250
Shreveport, LA  71101